

U.S. Department of Justice

*United States Attorney*
*Northern District of Ohio*

United States Court House
801 West Superior Avenue,
Suite 400
Cleveland, Ohio 44113-1852

December 16, 2025

Ms. Kelly L. Stephens, Clerk
U.S. Court of Appeals for the Sixth Circuit
524 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

      Re: Case No. 25-3237, *United States v.* Obed Sanchez

Dear Ms. Stephens:

      I have reviewed the brief that counsel for Defendant-Appellant Obed Sanchez filed under *Anders v. California*, 386 U.S. 738 (1967). (*See* Doc. 26.) I agree with counsel's conclusion that there are no non-frivolous grounds for appeal. The United States understands that "if the court concludes that there are non-frivolous issues to be raised, it must appoint counsel to pursue the appeal and direct that counsel to prepare an advocate's brief before deciding the merits." *McCoy v. Court of Appeals of Wisconsin*, 486 U.S. 429, 444 (1988). The United States therefore does not intend to file an Appellee's Brief unless this Court, after its independent review of the record, appoints counsel for appellant and directs counsel to submit an Appellant's Brief, or if appellant files a pro se brief.

                                      Sincerely,

                                      DAVID M. TOEPFER
                                      United States Attorney


                                      Sincerely,
                                      /s/ Scott C. Zarzycki
                                      Scott C. Zarzycki
                                      Assistant United States Attorney

United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3971
(216) 522-7358 (facsimile)
Scott.Zarzycki@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of December 2025, a copy of the foregoing document was filed electronically and mailed to Appellant (Inmate No. 17216-510, at FCI Miami, 15801 S.W. 137th Avenue, Miami, FL 33177. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by U.S. mail. Parties may access this filing through the Court's system.

/s/ Scott Zarzycki
Scott Zarzycki
Assistant United States Attorney