**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 26, 2026

Mr. Christian Capece
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

> Re:     Case No. 25-3237, *USA v. Obed Sanchez*
>         Originating Case No. 1:22-cr-00490-1

Dear Mr. Capece,

   Enclosed is a copy of the mandate filed in this case.

                            Sincerely yours,

                            s/Kelly Stephens
                            Appeal Case Manager: Gretchen

cc: Mr. Obed Sanchez
    Mr. Scott C. Zarzycki


Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

———————————

No: 25-3237

———————————

Filed: March 26, 2026

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

OBED SANCHEZ

      Defendant - Appellant

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 03/04/2026 the mandate for this case hereby

issues today.

COSTS:  None